**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VERNON ACKIES, *Individually and on Behalf of All Similarly Situated*,<br>Plaintiff,<br>v.<br>SCOPELY, INC.,<br>Defendant. | Civil Action No.: 19-cv-19247<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of Defendant Scopely, Inc. ("Defendant") to compel individual arbitration or, in the alternative, to dismiss Plaintiff Vernon Ackies's ("Plaintiff") First Amended Class Action Complaint. ECF No. 38. Plaintiff filed an opposition (ECF No. 40), and Defendant replied (ECF No. 41). The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 25th day of January, 2022:

**ORDERED** that Defendant's motion to compel arbitration (ECF No. 38) is **GRANTED**; it is further

**ORDERED** that Plaintiff shall submit its claim to arbitration within thirty (30) days of the date of this Order; and it is finally

**ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** and **STAYED** pending arbitration.

**SO ORDERED.**

s/ Claire C. Cecchi
**CLAIRE C. CECCHI, U.S.D.J.**